SWEET *et al.* v. BEAN *et al.*, appellants.

*Voluntary conveyance — fraud and undue influence.*

Plaintiffs, one an old man eighty years of age, the other his wife, younger but enfeebled by sickness, by voluntary deed conveyed a valuable farm and personal property of considerable amount, being all the husband's property, to defendant, a man twenty-five years old, who lived with them and had their confidence. It was claimed by defendant that he was to pay plaintiff's debts and support them during their lives. The deed of the farm contained a reservation of the use of the farm for life to plaintiffs or the survivor, but defendant executed no covenant on his part to pay the debts or to support the plaintiffs, and entered into immediate possession of the property. A judgment setting aside the conveyance for fraud and undue influence was sustained.

APPEAL from a judgment entered in favor of plaintiffs upon the report of a referee. The action was brought by Thomas Sweet and Sarah, his wife, against Edward F. Bean and wife to set aside a voluntary conveyance on the ground of fraud and undue influence.

*E. H. Benn*, for appellant.

*Smith & Hill*, for respondent.

BOOKES, J.

The opinion is devoted to a review of the evidence.

*Judgment affirmed.*